## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAYE SHANK, | : | 1:14-cv-1483 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., and X, Y, Z | : | |
| CORPORATIONS, | : | |
| Defendants. | : | |

### ORDER

### January 11, 2016

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment (Doc. 26) is **GRANTED** in its entirety and judgment is entered in favor of Defendant Experian Information Solutions.

2. Plaintiff shall show cause within fourteen (14) days of the date of this Order why X, Y, Z Corporations should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

3. The Clerk of Court shall **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
